No. 237, Misc.  CONNELLY v. BALKCOM, WARDEN. Supreme Court of Georgia.  Certiorari denied.  Petitioner *pro se*.  *Eugene Cook,* Attorney General of Georgia, and *E. Freeman Leverett,* Assistant Attorney General, for respondent.

No. 257, Misc.  GAMEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 263, Misc.  SHEPHERD v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 298, Misc.  HERGE v. BANMILLER, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 310, Misc.  COLLINS v. KING, SUPERINTENDENT, CALIFORNIA MEDICAL FACILITY.  C. A. 9th Cir.  Certiorari denied.

No. 319, Misc.  BOWLAND v. COLORADO.  Supreme Court of Colorado.  Certiorari denied.  *John H. Gately* for petitioner.  *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John W. Patterson* and *John B. Barnard, Jr.,* Assistant Attorneys General, for respondent.

No. 466, Misc.  TIPTON v. DICKSON, WARDEN, ET AL. Supreme Court of California.  Certiorari denied.